**EX PARTE, MARY M. LEE**

20 So. (2nd) 903
February 6, 1945
Rehearing denied March 6, 1945

January Term, 1945
Division A

*Roebuck & Ziegler,* for appellant.
*Paul W. Potter* and *Willis Sherell,* for appellees.

PER CURIAM:

This appeal is from a decree in equity entered by the chancellor after personally hearing the testimony. We find no error in the record and the decree is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.